Steven G. Lisa (Ill. State Bar # 6187348)
Jon E. Kappes (Ill. State Bar # 6291678)
Mildred E. Park (Ill. State Bar # 6293523)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357

Victoria Curtin (NDIL ID #010897)
VICTORIA GRUVER CURTIN, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 596-7956

Attorneys for Plaintiff

FILED: SEPTEMBER 11, 2008
08CV5191
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN
MHN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company,<br>　　　　　Plaintiff,<br><br>　vs.<br><br>ZTE CORPORATION, a corporation of the People's Republic of China; and ZTE (USA) INC., a New Jersey corporation,<br>　　　　　Defendants. | No. _____<br>**COMPLAINT**<br>(Jury Trial Demanded) |

Plaintiff Helferich Patent Licensing, L.L.C. ("HPL") complains against defendants ZTE Corporation and ZTE (USA) Inc. (hereinafter, collectively, "ZTE") as follows:

1. This action arises under the Patent Laws of the United States, 35 United States Code. This Court has jurisdiction of this action under 28 U.S.C. § 1338(a).

COMPLAINT - 1

LAW OFFICES OF
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

2. Helferich Patent Licensing, L.L.C. is an Illinois limited liability company and the exclusive licensee of a portfolio of patents duly and legally issued to Richard J. Helferich for the inventions claimed therein, and relating to wireless communication and messaging, and the provision of media and content to wireless subscribers. Relevant issued patents include (collectively, the "Subject Patents"):

- U.S. Patent No. 7,403,787, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued on July 22, 2008;

- U.S. Patent No. 7,376,432, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued on May 20, 2008;

- U.S. Patent No. 7,280,838, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued October 9, 2007;

- U.S. Patent No. 7,277,716, titled "Systems and Methods for Delivering Information to a Communication Device," issued October 2, 2007;

- U.S. Patent No. 7,242,951, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued July 10, 2007;

- U.S. Patent No. 7,155,241, titled "Systems and Methods for Enabling a User of a Communication Device to Manage Remote Information," issued December 26, 2006;

- U.S. Patent No. 7,146,157, titled "Systems and Methods for Downloading Information to a Mobile Device," issued December 5, 2006;

- U.S. Patent No. 7,039,428, titled "System and Method for Delivering

COMPLAINT - 2

LAW OFFICES OF
STEVEN G. LISA, LTD.
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

Information to a Transmitting and Receiving Device," issued May 2, 2006;

- U.S. Patent No. 7,003,304, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued February 21, 2006;
- U.S. Patent No. 6,983,138, titled "User Interface for Message Access," issued January 3, 2006;
- U.S. Patent No. 6,826,407, titled "System and Method For Integrating Audio and Visual Messaging," issued November 30, 2004;
- U.S. Patent No. 6,696,921, titled "Transmitting and Receiving Devices and Methods for Transmitting Data to and Receiving Data from a Communications System," issued February 24, 2004;
- U.S. Patent No. 6,636,733, titled "Wireless Messaging System," issued October 21, 2003;
- U.S. Patent No. 6,462,646, titled "Transmitting and Receiving Devices and Methods for Transmitting Data to and Receiving Data from a Communication System," issued October 8, 2002;
- U.S. Patent No. 6,459,360, titled "Paging Transceivers and Methods for Selectively Erasing Information," issued October 1, 2002;
- U.S. Patent No. 6,259,892, titled "Pager Transceivers and Methods for Performing Action on Information at Desired Times," issued July 10, 2001;
- U.S. Patent No. 6,253,061, titled "Systems and Methods for Delivering Information to a Transmitting and Receiving Device," issued June 26,

COMPLAINT - 3

LAW OFFICES OF
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

2001;

- U.S. Patent No. 6,233,430, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued May 15, 2001;

- U.S. Patent No. 6,097,941, titled "User Interface for Voice Message Access," issued August 1, 2000;

- U.S. Patent No. 6,087,956, titled "Paging Transceivers and Methods for Selectively Erasing Information," issued July 11, 2000.

U.S. Patent Nos. 6,087,956, 6,233,430, 7,146,157, 7,280,838 and 7,376,432 are, collectively, the "Asserted Patents."

Helferich Patent Licensing, L.L.C. is also the exclusive licensee of a portfolio of patent applications naming Richard J. Helferich as inventor relating to wireless communication and messaging. The relevant pending applications include (collectively, the "Subject Applications"):

- U.S. Patent Application No. 12/167,971, titled "System and Method for Delivering Information to a Transmitting and Receiving Device;"

- U.S. Patent Application No. 11/635,781, titled "Paging Transceivers and Methods for Selectively Retrieving Messages;"

- U.S. Patent Application No. 11/598,832, titled "Systems and Methods for Downloading Information to a Mobile Device;"

- U.S. Patent Application No. 11/598,202, titled "Wireless Messaging System;"

COMPLAINT - 4

LAW OFFICES OF
STEVEN G. LISA, LTD.
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

- Allowed U.S. Patent Application No. 11/399,513, titled "System and Method for Delivering Information to a Transmitting and Receiving Device;"

- U.S. Patent Application No. 11/105,441, titled "Systems and Methods for Adding Information to a Directory Stored in a Mobile Device;"

- U.S. Patent Application No. 10/958,731, titled "System and Method for Integrating Audio and Visual Messaging."

HPL is the exclusive licensee of all right, title and interest in the Subject Patents and Applications, including the right to sue for past damages.

3. Defendant ZTE Corporation is a corporation established under the laws of the People's Republic of China and based in Shenzhen, China. ZTE (USA) Inc. is a corporation established under the laws of the State of New Jersey and based in Richardson, Texas, and is a wholly owned subsidiary of ZTE Corporation. ZTE Corporation, including through its subsidiary ZTE (USA) Inc., manufactures or sells wireless electronic devices such as cellular telephones, including selling or offering to sell such devices (including the accused devices) within this judicial district and by conducting other business within this judicial district or elsewhere in the United States that impacts this jurisdiction.

4. Within the United States, ZTE has manufactured, used, sold or offered for sale devices used for short message service ("SMS") messaging, web browsing, and multimedia (e.g., picture) messaging ("MMS") and covered by at least claims 44 and 46

COMPLAINT - 5

LAW OFFICES OF
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

of the '956 Patent, claims 19, 44 and 45 of the '430 Patent, claims 2 and 3 of the '157 Patent, claims 34 and 35 of the '838 Patent, and claims 1 and 8 of the '432 Patent, including, for example, the models known as C78, C79 and C88.

5. In the six-year period preceding the filing of this action, defendants have infringed the Asserted Patent in violation of 35 U.S.C. § 271 with resultant damage to HPL, in an amount to be proven at trial.

6. HPL gave written notice to ZTE of the Asserted Patents by letter dated April 22, 2008, which letter included a detailed explanation of the Asserted Patents and the manner in which they were infringed by exemplary ZTE products. In response to HPL's notice letters and infringement assertions sent to other manufacturers of cellular phones, one major manufacturer of wireless electronic technology, LG Electronics, Inc., entered into a license agreement with HPL. HPL also offered to meet face to face with ZTE in America, Hawaii, Korea and Japan to address the issues raised by this Complaint, but ZTE refused. HPL thereafter engaged in telephonic discussions with ZTE regarding the patents in July and August 2008, but was unable to resolve the issues raised by this Complaint. During these discussions, ZTE presented no substantive defense to HPL's allegation that ZTE infringed the Asserted Patents. ZTE's last communication to HPL was on August 20, 2008, in which it indicated it would further respond after September 1, 2008. To date, no further response from ZTE has been received.

7. Thus, Defendants, with actual knowledge of the Asserted Patents and without lawful justification, willfully and deliberately infringed the Asserted Patents.

LAW OFFICES OF
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

**WHEREFORE, HPL PRAYS FOR:**

(a) Judgment on the Complaint that Defendants have infringed, contributed to the infringement of, or actively induced others to infringe U.S. Patent Nos. 6,087,956, 6,233,430, 7,146,157, 7,280,838 and 7,376,432;

(b) A permanent injunction to be issued enjoining and restraining Defendants, and their officers, directors, agents, servants, employees, attorneys, licensees, successors, assigns, and those in active concert and participation with them, and each of them, from making, using, selling, offering for sale, or importing any products which fall within the scope of any or all claims of the Asserted Patents, and from inducing or contributing to the infringement of any such claims by others;

(c) An award of damages against Defendants adequate to compensate HPL for past infringement of the Asserted Patents, together with interest and costs as fixed by the Court, such damages to be trebled because of the willful and deliberate character of the infringement;

(d) Judgment that this case is "exceptional" in the sense of 35 U.S.C. § 285, and that HPL is entitled to an award of its reasonable attorneys' fees in the prosecution of this action; and

(e) Such other and further relief as the Court may deem just and proper.

LAW OFFICES OF
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357

**DEMAND FOR JURY TRIAL**

Plaintiff hereby makes a demand for a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedures as to all issues in this lawsuit.

RESPECTFULLY SUBMITTED this 11th day of September, 2008.

                VICTORIA GRUVER CURTIN, P.L.C.

                By: */s/ Victoria Curtin*
                      Victoria Curtin
                      Attorneys for Plaintiff

COMPLAINT - 8

**LAW OFFICES OF**
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357