Steven G. Lisa (Ill. State Bar # 6187348)
Jon E. Kappes (Ill. State Bar # 6291678)
Mildred E. Park (Ill. State Bar # 6293523)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357

Victoria Curtin (NDIL ID #010897)
VICTORIA GRUVER CURTIN, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 596-7956
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company, <br> Plaintiff, <br><br> vs. <br><br> ZTE CORPORATION, a corporation of the People's Republic of China; and ZTE (USA) INC., a New Jersey corporation, <br> Defendants. | No. 08-CV-05191 <br> (Hon. Joan B. Gottschall) <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff Helferich Patent Licensing, L.L.C. hereby dismisses this action and all claims therein against Defendants ZTE Corporation and ZTE (USA) Inc., with prejudice, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 15th day of December, 2008.

VICTORIA GRUVER CURTIN, P.L.C.

By: */s/ Victoria Curtin*
Victoria Curtin
Attorneys for Plaintiff

Notice of Dismissal - 1

**LAW OFFICES OF**
**STEVEN G. LISA, LTD.**
A Professional Corporation
*PATENT IT!*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone and Facsimile: (312) 752-4357